UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEON B. ROSENBLATT TEXTILES, LTD.<br>Plaintiff | : | |
| vs. | : | C.A. No. 2001- |
| NICHOLAS L. GRISETO<br>Defendant | : | |

**AFFIDAVIT OF MELISSA M. HORNE**

MELISSA M. HORNE, being duly sworn, deposes and says:

1. I am a member of the law firm of Winograd, Shine & Zacks, P.C. Winograd, Shine & Zacks has represented the plaintiff, Leon C. Rosenblatt Textiles, Ltd., in the above-captioned case since August 1999.

2. This affidavit is submitted in support of Plaintiff's Motion for Order to Show Cause Why Defendant Should Not Be Held In Contempt ("Motion for Show Cause Order").

3. I make this affidavit upon personal knowledge of the facts set forth herein and am competent to testify to those facts.

4. The Order for Instalment Payments entered by this Court on September 14, 2006 (the "Order") was served upon Gristeo on September 12, 2001.

5. On or about September 26, 2001, I received a letter from Judge Lagueux enclosing copy of a letter Griseto sent to the

Court in which he questioned the inclusion of post-judgment statutory interest in the Order. Judge Lagueux requested that I address the issue with Griseto. A copy of the letter from Judge Lagueux to M. Horne dated 9/24/01, enclosing the letter from N. Griseto to Judge Lagueux dated 09/16/01 is attached as **Exhibit A**.

6. On September 26, 2001, I sent a letter to Griseto explaining the statutory basis for the recovery of post-judgment statutory interest. In the letter, I specifically advised Griseto that "interest on the judgement entered on September 30, 1999 will accrue at the rate of 5.23% . . . until the judgment is paid." A copy of the letter from M. Horne to N. Griseto dated 09/26/01 is attached as **Exhibit B**.

7. Griseto's initial $500 payment was made on time.

8. As recorded on the Ledger Card attached as **Exhibit C**, almost all of Griseto's subsequent payments were late.

9. On no less than 32 occasions, we had to send Griseto a letter threatening to file a motion requesting the Court to order him to show cause why he should not be adjudged in contempt in order to prompt him to make the payments due under the Order.

10. On or about July 31, 2006, Griseto sent me a letter in which he asserted that he had made payments totaling $58,500 and that his next payment of $184.74 would be his final payment. A copy of Griseto's letter is attached as **Exhibit D**.

11. On or about August 13, 2006, Griseto sent me a check in

the amount of $184.74 together with a letter stating that the check is "final and full payment concerning the above mentioned Judgment." The check bore the notation "Final Payment Rosenblatt." A copy of the check and Griseto's letter dated 08/13/06 is attached as **Exhibit E**.

12. On August 25, 2006, I wrote to Griseto to advise that Rosenblatt did not consider the Judgment to be paid in full or settled, as there remained an outstanding balance of $14,319.23 plus accruing post-judgment statutory interest. A copy of the letter dated 8/25/06 is attached as **Exhibit F**.

13. Griseto has not made any additional payments nor has he contacted me or any other representative of Leon C. Rosenblatt Textiles, Ltd.

14. The outstanding balance as of February 8, 2007 is $14,335.71.

15. As evidenced by the statement attached as **Exhibit G**, Rosenblatt has incurred attorney's fees and costs totaling $2,111.24 in connection with the Motion for Show Cause Order. This amount does not include any attorney's fees incurred by Rosenblatt as a result of letters sent by Winograd, Shine & Zacks to prompt Griseto to make the payments due under the Order, nor does it reflect fees to be incurred as a result of hearings that may be conducted relative to this matter.

Melissa Horne

Melissa M. Horne

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 13 day of February, 2007.

Sara Levesque

Notary Public
My Commission Expires: 3/6/07

SARA Y. LEVESQUE
NOTARY PUBLIC, STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
My Commission Expires: 3/6/2007

**CERTIFICATION**

I hereby certify that on the 13th day of February, 2007, I forwarded a true copy of the Affidavit of Melissa M. Horne to Nicholas L. Griseto at 82 High Street, Unit 20, Westerly, RI 02891 by first class mail and e-mail.

/s/ Melissa M. Horne

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
JOHN O. PASTORE FEDERAL BUILDING
TWO EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903-1779

RONALD R. LAGUEUX
DISTRICT JUDGE

September 24, 2001

Melissa M. Horne, Esq.
Winograd, Shine & Zacks
123 Dyer Street
Providence, RI 02903

Re: Rosenblatt v. Griseto

Dear Ms. Horne:

I received the enclosed communication from the defendant. Please address this matter with him.

Very truly yours,

Ronald R. Lagueux
U.S. District Judge

RRL:jlc

Enclosure

**The Griseto's**
82 High Street Apt. 20
Westerly R.I. 02891
Phone 401 348 9007

To: The Honorable Judge Laqueux
U.S. District Court
For the District of Rhode Island

Date: 9/16/01

Re: Leon B. Rosenblatt Textiles, Ltd
Vs Nicholas Griseto
C.A. No. Misc 01-56

Your Honor;

I have already made the 1st $500.00 payment as directed on 9/15. I have just received Melissa Horne's Filing of 9/12/01. I do agree as to the amount of the judgment ($58,684.74) and the payment arrangement 500 dollars to be sent on the 15th and 30th of each month. I am confused as to why she now mentions "plus post – judgment statutory interest" in her filing. I do not recall any mention of interest during the hearing on 9/12 nor was it detailed in any of Melissa's filing papers.

I sincerely believe a $58,684.74 judgment for non-payment of a little over $5,000 dollars in royalties is more than sufficient to cover interest and then some. Please confirm the court's findings as to any additional interest in this matter. Thank you,

Nicholas Griseto

EXHIBIT B

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

MAX WINOGRAD
(1921-1970)
ALLAN M. SHINE
RICHARD W. ZACKS
CARY J. COEN
ALLEN P. RUBINE
E. MARTIN STUTCHFIELD
DIANE FINKLE
DEBORAH DINARDO
MELISSA M. HORNE
THEODORE ORSON
RICHARD J. LAND
JASON M. GRAMITT

September 26, 2001

Nicholas Griseto
82 High Street, Apt. 20
Westerly, Rhode Island 02891

**Re: Leon B. Rosenblatt Textiles, Ltd.**
**Vs: Nicholas L. Griseto**

Dear Mr. Griseto:

Judge Lagueux has instructed me to address with you the issue of post-judgment interest raised in your letter to him dated September 16, 2001.

Post-judgment interest is provided for by Section 1961 of Title 28 of the United States Code, which states that "Interest shall be allowed on any money judgment in a civil case recovered in a district court." A copy of that statute is enclosed for your reference. The plaintiff who obtains a judgment in federal court is entitled to post-judgment interest regardless of whether there is any reference to such interest in the pleadings, the court's order, or the judgment. Miller v. Artistic Cleaners, 153 F.3d 781 (7th Cir. 1998). Under the statute, interest is computed until the judgment is paid, based upon a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. In this case, interest on the judgment entered on September 30, 1999 will accrue at the rate of 5.23%, compounded annually, until the judgment is paid.

I believe this addresses your concerns as to why post-judgment interest was included in the Order for Instalment Payments entered by the Court on September 14, 2001. Obviously, since interest will continue to accrue on the judgment until it is paid, it will be to your benefit to satisfy it as soon as possible. Please do not hesitate to call me if you would like to propose a lump sum payment.

Very truly yours,

Melissa Horne

Melissa M. Horne

MMH:lkb
Encl.
cc: Honorable Ronald Lagueux

Action Claim Information Search Navigate

Review Open #105 FILE #: 01-1098 Time :49:39:26 1-1-2d

| [CLAIM INFORMATION] | | [MISC INFORMATION] | | [COLLECTED] | |
|---|---|---|---|---|---|
| Orig Claim$: | 58684.74 | Claim Adjst: | | Collect & Hold: | |
| Suit Amount: | | Contrct Fee: | | Principal Coll: | 58000.00 |
| Stat Fees: | | Affdavt Amt: | | Interest Coll: | |
| Judgment $: | 58684.74 | PreJudg Int: | | [E A R N I N G S] | |
| Debtor Bal: | 684.74 | Compromise$: | | Commissions: | |
| INTREST DUE: | 13651.37 | Thru Date: | 02/12/2007 | Suit Fees: | |
| | | OverPaid $: | | Statutory Fees: | |
| TOTAL DUE: | 14336.11 | TOTAL PAID: | 58000.00 | Sales Tax: | |

| | [PRE-SUIT] | [POST SUIT] | [POST JUDG] | [TOTALS] |
|---|---|---|---|---|
| Merchandise Returned: | | | | |
| Debtor Payments-DP incl: | | | 58000.00 | 58000.00 |
| Direct Pay - No Fee Due: | | | | |
| TOTALS: | | | 58000.00 | 58000.00 |
| Direct Payments: | | | | |
| Collected by Co-Counsel: | | | | |

| [CLIENT COSTS] | | [MISC COSTS] | | [DEBT COSTS] | |
|---|---|---|---|---|---|
| Cst Received: | 10.00 | Cst Post Jdg: | | Recovrable Exp: | |
| Cst Returned: | | Cst to Co-Co: | | Cost Recovered: | |
| Non-Rec Expd: | | Cst R via DP: | | Firm Costs Exp: | |
| Cost Balance: | 10.00 | Tot Cost Exp: | | Debtor Cst Due: | |

Use Buttons or Pull down Menus, or Escape to Exit Select Screen (1-4)

Collector | Disbursement | Legal | Legacy | Escape

Recent Trail | Financial Trail | View Billing | Pend Retail | Pend Commercial

01-1098 | Leon B. Rosenblatt V. Griseto/Nicholas L. | $684.74/ $14,336.11

LEDGER CARD FOR: 01-1098 2/12/07

Leon B. Rosenblatt
P.O. Box 373
Hewlett, NY 11557

Vs. Griseto/Nicholas L.
Vs. 82 High Street, Unit 20
Vs. Westerly RI 02891

DEBTOR BALANCE: 684.74
INTEREST DUE: 13,651.37
TOTAL DUE: 14,336.11

| DATE POSTED | CHECK # | DESCRIPTION - PYMT DUE | COLLECTED | DATE CK MAILED |
|---|---|---|---|---|
| 10/04/01 | | New Claim Entry | .00 | |
| **Per Court Order, Payments to Start Beginning 9/15/01** | | | | |
| 10/04/01 | NO # | Collection 9/15/01 | 500.00 | |
| 10/17/01 | NO#&101 | Collection 9/30&10/15 | 1,000.00 | |
| 11/07/01 | 3231 | Collection 10/30 | 500.00 | |
| 11/20/01 | 103 | Collection 11/15 | 500.00 | |
| 12/10/01 | 3316 | Collection 11/30 | 500.00 | |
| 01/11/02 | 107&142 | Collection 12/15&12/30 | 1,000.00 | |
| **BEGIN 2002** | | | | |
| 01/23/02 | 111 | Collection 1/15/02 | 500.00 | |
| 02/27/02 | 150&151 | Collection 1/30 & 2/15 | 1,000.00 | |
| 03/12/02 | 3546 | Collection 2/28 | 500.00 | |
| 04/04/02 | 3412 | Collection 3/15 | 500.00 | |
| 04/11/02 | 152 | Collection 3/30 | 500.00 | |
| 05/10/02 | 3429 | Collection 4/15 & 4/30 | 1,000.00 | |
| 05/24/02 | 161 | Collection 5/15 | 500.00 | |
| 06/06/02 | 118 | Collection 5/30 | 500.00 | |
| 07/01/02 | 130 | Collection 6/15 | 500.00 | |
| 07/16/02 | 133 | Collection 6/30 | 500.00 | |
| 08/07/02 | 224 | Collection 7/15 | 500.00 | |
| 08/09/02 | 234 | Collection 7/30 | 500.00 | |
| 09/03/02 | 239 | Collection 8/15 & 8/30 | 1,000.00 | |
| 10/02/02 | 3925 | Collection 9/15 & 9/30 | 1,000.00 | |
| 10/30/02 | 259 | Collection 10/15 | 500.00 | |
| 11/13/02 | 175 | Collection 10/30 | 500.00 | |
| 12/05/02 | 185 | Collection 11/15 | 500.00 | |
| 12/17/02 | 189 | Collection 11/30 | 500.00 | |
| 12/23/02 | 196 | Collection 12/15 | 500.00 | |
| 01/10/03 | 206 | Collection 12/30 | 500.00 | |
| **BEGIN 2003** | | | | |
| 01/28/03 | 213 | Collection 1/15/03 | 500.00 | 1/21/03 |
| 02/12/03 | 217 | Collection 1/30 | 500.00 | 2/5/03 |
| 03/05/03 | 506&512 | Collection 2/15 & 2/28 | 1,000.00 | 2/24 & 3/3 |
| 03/28/03 | 526 | Collection 3/15 | 500.00 | 3/17/03 |
| 04/11/03 | 531 | Collection 3/30 | 500.00 | 4/7/03 |

| DATE POSTED | CHECK # | DESCRIPTION - PYMT DUE | COLLECTED | DATE CK MAILED |
|---|---|---|---|---|
| 04/28/03 | 538 | Collection 4/15 | 500.00 | 4/18/03 |
| 05/15/03 | 265 | Collection 4/30 | 500.00 | 5/2/03 |
| 06/06/03 | 276 | Collection 5/15 | 500.00 | |
| 06/20/03 | 280 | Collection 5/30 | 500.00 | 6/6/03 |
| 07/01/03 | 291 | Collection 6/15 | 500.00 | 6/20/03 |
| 08/12/03 | 304 | Collection 6/30,7/15,7/30 | 1,500.00 | 7/29/03 |
| 08/29/03 | 544 | Collection 8/15 | 500.00 | 8/16/03 |
| 09/18/03 | 555 | Collection 8/30 | 500.00 | 9/4/03 |
| 10/03/03 | 308 | Collection 9/15 | 500.00 | 9/24/03 |
| 10/10/03 | 566 | Collection 9/30 | 500.00 | |
| 10/23/03 | 574 | Collection 10/15 | 500.00 | 10/14/03 |
| 11/14/03 | 584 | Collection 10/30 | 500.00 | 11/6/03 |
| 12/05/03 | 594 | Collection 11/15 | 500.00 | 11/24/03 |
| 12/17/03 | 312 | Collection 11/30 | 500.00 | |
| 01/02/04 | 358 | Collection 12/15 | 500.00 | |
| 01/08/04 | 323 | Collection 12/30 | 500.00 | 1/5/04 |
| | | **BEGIN 2004** | | |
| 02/02/04 | 328 | Collection 1/15/04 | 500.00 | 1/20/04 |
| 02/11/04 | 333 | Collection 1/30 | 500.00 | |
| 03/01/04 | 338 | Collection 2/15 | 500.00 | |
| 03/09/04 | 377 | Collection 2/29 | 500.00 | 3/1/04 |
| 04/07/04 | 631 | Collection 3/15 | 500.00 | |
| 04/30/04 | 641&645 | Collection 3/30 & 4/15 | 1,000.00 | 4/13/04 |
| 05/19/04 | 656 | Collection 4/30 | 500.00 | 5/10/04 |
| 06/04/04 | 664 | Collection 5/15 | 500.00 | 5/24/04 |
| 06/18/04 | 677 | Collection 5/30 & 6/15 | 1,000.00 | 6/14/04 |
| 07/14/04 | 688 | Collection 6/30 | 500.00 | |
| 07/28/04 | 689 | Collection 7/15 | 500.00 | |
| 08/10/04 | 692 | Collection 7/30 | 500.00 | 8/3/04 |
| 08/24/04 | 703 | Collection 8/15 | 500.00 | 8/20/04 |
| 09/09/04 | 707 | Collection 8/30 | 500.00 | 9/1/04 |
| 10/01/04 | 715 | Collection 9/15 | 500.00 | 9/20/04 |
| 10/13/04 | 718 | Collection 9/30 | 500.00 | 10/6/04 |
| 10/27/04 | 721 | Collection 10/15 | 500.00 | 10/23/04 |
| 11/15/04 | 731 | Collection 10/30 | 500.00 | 11/3/04 |
| 11/24/04 | 738 | Collection 11/15 | 500.00 | 11/17/04 |
| 12/13/04 | 744 | Collection 11/30 | 500.00 | 12/2/04 |
| 12/30/04 | 752 | Collection 12/15 | 500.00 | 12/24/04 |
| 02/03/05 | 761 | Collection 12/30 | 500.00 | 1/21/05 |
| | | **BEGIN 2005** | | |
| 02/09/05 | 411 | Collection 1/15/05 | 500.00 | 2/2/05 |
| 03/16/05 | 419 | Collection 1/30 | 500.00 | 3/8/05 |
| 03/21/05 | 765 | Collection 2/15,2/28,3/15 | 1,500.00 | 3/19/05 |
| 04/14/05 | 422 | Collection 3/30 | 500.00 | 4/12/05 |

| DATE POSTED | CHECK # | DESCRIPTION - PYMT DUE | COLLECTED | DATE CK MAILED |
|---|---|---|---|---|
| 05/02/05 | 784 | Collection 4/15 | 500.00 | 4/25/05 |
| 05/26/05 | 823 | Collection 4/30 & 5/15 | 1,000.00 | 5/18/05 |
| 06/28/05 | 426 | Collection 5/30 & 6/15 | 1,000.00 | 6/1/05 |
| 07/26/05 | 844 | Collection 6/30 | 500.00 | 7/20/05 |
| 09/06/05 | 431 | Collection 7/15 & 7/30 | 1,000.00 | |
| 10/05/05 | 813 | Collection 8/15,8/30,9/15 | 1,500.00 | |
| 10/27/05 | 852 | Collection 9/30 | 500.00 | |
| 11/29/05 | 864 | Collection 10/15 | 500.00 | 11/22/05 |
| 12/23/05 | 437 | Collection 10/30 & 11/15 | 1,000.00 | |
| 01/11/06 | 879 | Collection 11/30 | 500.00 | |
| 01/26/06 | 452 | Collection 12/15 | 500.00 | |
| | | **BEGIN 2006** | | |
| 02/22/06 | 889 | Collection 12/30 & 1/15 | 1,000.00 | |
| 03/07/06 | 897 | Collection 1/30 & 2/15 | 1,000.00 | |
| 03/30/06 | 904 | Collection 2/28 | 500.00 | |
| 04/11/06 | 913 | Collection 3/15 | 500.00 | |
| 04/20/06 | 916 | Collection 3/30 | 500.00 | |
| 06/02/06 | 927 | Collection 4/15 & 4/30 | 1,000.00 | |
| 06/19/06 | 936 | Collection 5/15 | 500.00 | |
| 07/12/06 | 971 | Collection 5/30 & 6/15 | 1,000.00 | |
| 08/08/06 | 982 | Collection 6/30 | 500.00 | |
| TOTALS | | | 58,000.00 | |

***NOTE*** Check #992 dated 8/13/2006 in the amount of $184.74, was received but was not deposited as it was marked "Final Payment"

**The Griseto's**
82 High Street Apt. 20
Westerly R.I. 02891
Cell Phone – Voice Mail 401 742 2781
E-mail: ngriseto@msn.com

To: Melissa Horne – Winograd Shine & Zacks
From: Nick Griseto

Date: 7/31/06

Re: Rosenblatt Matter

Dear Melissa:

I have attached 2 different forms of payment summaries to date. Both detail payments of $58,500 dollars and confirm I am current

This leaves me an open balance of $184.74 which will be my next and final payment. I trust a release after that payment will be forthcoming.

Thank you,

**Nicholas L. Griseto** **31-Oct-05**
**Rosenblatt Payments**

| | |
|---|---|
| **Original Award to plantif** | $58,684.74 |
| **Paid to Date** | $58,500.00 |
| **Balance Due** | $184.74 |

**For 2006 - there have been 7 months which equals $7,000**

| Date Paid | Check No. | Amount | 2006 |
|---|---|---|---|
| 30-Jul | 982 | $500.00 | |
| 2-Jul | 971 | $1,000.00 | |
| 6-Jun | 936 | $500.00 | |
| 21-May | 927 | $1,000.00 | |
| 14-Apr | 916 | $500.00 | |
| 5-Apr | 913 | $500.00 | |
| 20-Mar | 904 | $500.00 | |
| 28-Feb | 897 | $1,000.00 | |
| 14-Feb | 889 | $1,000.00 | |
| 21-Jan | 452 | $500.00 | |

Total to Date for 2006 $7,000.00

| Date Paid | Check No. | Amount | For 2005 |
|---|---|---|---|
| 31-Dec | 879 | $500.00 | |
| 18-Dec | 437 | $1,000.00 | |
| 21-Nov | 864 | $500.00 | |
| 1-Nov | 435 | $500.00 | |
| 16-Oct | 852 | $500.00 | |
| 26-Sep | 813 | $1,500.00 | |
| 24-Aug | 431 | $1,000.00 | |
| 19-Jul | 844 | $500.00 | |
| 16-Jun | 426 | $1,000.00 | |
| 16-May | 823 | $1,000.00 | |
| 24-Apr | 784 | $500.00 | |
| 11-Apr | 422 | $500.00 | |
| 18-Mar | 765 | $1,500.00 | |
| 8-Mar | 419 | $500.00 | |
| 1-Feb | 411 | $500.00 | |
| 17-Jan | 761 | $500.00 | |

Total to Date for 2005 $12,000.00

| Date Paid | Check No. | Amount | For 2004 |
|---|---|---|---|
| 24-Dec | 752 | $500.00 | |
| 1-Dec | 744 | $500.00 | |
| 16-Nov | 738 | $500.00 | |
| 5-Nov | 731 | $500.00 | |
| 23-Oct | 721 | $500.00 | |
| 4-Oct | 718 | $500.00 | |
| 20-Sep | 715 | $500.00 | |
| 1-Sep | 707 | $500.00 | |
| 20-Aug | 703 | $500.00 | |
| 2-Aug | 692 | $500.00 | |
| 17-Jul | 689 | $500.00 | |
| 8-Jul | 688 | $500.00 | |
| 13-Jun | 677 | $1,000.00 | |
| 23-May | 664 | $500.00 | |
| 8-May | 656 | $500.00 | |
| 23-Apr | 645 | $500.00 | |
| 12-Apr | 641 | $500.00 | |
| 21-Mar | 631 | $500.00 | |
| 27-Feb | 377 | $500.00 | |
| 22-Feb | 338 | $500.00 | |
| 2-Feb | 333 | $500.00 | |
| 19-Jan | 328 | $500.00 | |
| 3-Jan | 323 | $500.00 | |
| Total for 2004 | | $12,000.00 | |

| Date Paid | Check No. | Amount | For 2003 |
|---|---|---|---|
| 13-Dec | 358 | $500.00 | |
| 7-Dec | 312 | $500.00 | |
| 23-Nov | 594 | $500.00 | |
| 6-Nov | 584 | $500.00 | |
| 8-Oct | 574 | $500.00 | |
| 3-Oct | 566 | $500.00 | |
| 22-Sep | 308 | $500.00 | |
| 3-Sep | 555 | $500.00 | |
| 16-Aug | 544 | $500.00 | |
| 25-Jul | 304 | $1,500.00 | |
| 18-Jun | 291 | $500.00 | |
| 6-Jun | 280 | $500.00 | |
| 19-May | 276 | $500.00 | |
| 2-May | 265 | $500.00 | |
| 18-Apr | 538 | $500.00 | |
| 5-Apr | 531 | $500.00 | |
| 16-Mar | 526 | $500.00 | |
| 1-Mar | 512 | $500.00 | |
| 22-Feb | 506 | $500.00 | |
| 1-Feb | 217 | $500.00 | |
| 20-Jan | 213 | $500.00 | |
| 1-Jan | 206 | $500.00 | |
| Toal for 2003 | | $12,000.00 | |

| Date Paid | Check No. | Amount | For 2002 |
|---|---|---|---|
| 16-Dec | 196 | $500.00 | |
| 30-Nov | 189 | $500.00 | |
| 18-Nov | 185 | $500.00 | |
| 2-Nov | 175 | $500.00 | |
| 15-Oct | 259 | $500.00 | |
| 29-Sep | 3925 | $1,000.00 | |
| 27-Aug | 239 | $1,000.00 | |
| 4-Aug | 234 | $500.00 | |
| 21-Jul | 224 | $500.00 | |
| 3-Jul | 133 | $500.00 | |
| 22-Jun | 130 | $500.00 | |
| 31-May | 118 | $500.00 | |
| 18-May | 161 | $500.00 | |
| 28-Apr | 3429 | $1,000.00 | |
| 31-Mar | 152 | $500.00 | |
| 20-Mar | 3412 | $500.00 | |
| 2-Mar | 3546 | $500.00 | |
| 21-Feb | 151 | $500.00 | |
| 31-Jan | 150 | $500.00 | |
| 14-Jan | 111 | $500.00 | |
| 31-Dec | 142 | $500.00 | |

Totals for 2002 $12,000.00

| Date Paid | Check No. | Amount | For 2001 |
|---|---|---|---|
| 15-Dec | 107 | $500.00 | |
| 30-Nov | 3316 | $500.00 | |
| 14-Nov | 103 | $500.00 | |
| 31-Oct | 3231 | $500.00 | |
| 13-Oct | 102 | $500.00 | |
| 30-Sep | 2 | $500.00 | |
| 14-Sep | 1 | $500.00 | |

Totals for 2002 $3,500.00

# Quicken Find



| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/31/2006 | WASHINGTON T... | 982 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | | | -500.00 |
| 7/2/2006 | WASHINGTON T... | 971 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | JUNE 15 AND 30... | | -1,000.00 |
| 6/6/2006 | WASHINGTON T... | 937 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | RETURN CHECK ... | R | -10.00 |
| 6/6/2006 | WASHINGTON T... | 936 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | MAY 30TH | R | -500.00 |
| 5/21/2006 | WASHINGTON T... | 927 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | APRIL 30 AND M... | R | -1,000.00 |
| 4/14/2006 | WASHINGTON T... | 916 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | APRIL 15TH 2006... | R | -500.00 |
| 4/5/2006 | WASHINGTON T... | 913 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | March 31st payment | R | -500.00 |
| 3/20/2006 | WASHINGTON T... | 904 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | MARCH 15 2006 ... | R | -500.00 |
| 2/28/2006 | WASHINGTON T... | 897 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 11/1/05 & 2/28/06 ... | R | -1,000.00 |
| 2/14/2006 | WASHINGTON T... | 889 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 1/30 and 2/15 200... | R | -1,000.00 |
| 1/21/2006 | WASHINGTON T... | 452 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 1/15/06 Payment | R | -500.00 |
| 12/31/2005 | WASHINGTON T... | 879 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 12/30/05 Payment | R | -500.00 |
| 12/18/2005 | WASHINGTON T... | 437 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 11/30/05 & 12/15/05 | R | -1,000.00 |
| 11/21/2005 | WASHINGTON T... | 864 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 11/15/05 PAYMENT | R | -500.00 |
| 11/1/2005 | WASHINGTON T... | 435 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | 10/31/05 PAYMENT | R | 0.00 |
| 10/16/2005 | WASHINGTON T... | 852 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | PAYMENT THRO... | R | -500.00 |
| 9/26/2005 | WASHINGTON T... | 813 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | PAYMENT THRO... | R | -1,500.00 |
| 8/24/2005 | WASHINGTON T... | 431 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | | R | -1,000.00 |
| 7/19/2005 | WASHINGTON T... | 844 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | JUNE 30TH PAY... | R | -500.00 |
| 6/16/2005 | WASHINGTON T... | 426 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | MAY 30 & JUNE 15 | R | -1,000.00 |
| 5/16/2005 | WASHINGTON T... | 823 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -1,000.00 |
| 4/24/2005 | WASHINGTON T... | 784 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 4/11/2005 | WASHINGTON T... | 422 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 3/18/2005 | WASHINGTON T... | 765 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -1,500.00 |
| 3/8/2005 | WASHINGTON T... | 419 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 2/1/2005 | WASHINGTON T... | 411 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 1/17/2005 | WASHINGTON T... | 761 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 12/24/2004 | WASHINGTON T... | 752 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 12/1/2004 | WASHINGTON T... | 744 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 11/16/2004 | WASHINGTON T... | 738 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 11/5/2004 | WASHINGTON T... | 731 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 10/23/2004 | WASHINGTON T... | 721 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 10/4/2004 | WASHINGTON T... | 718 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 9/20/2004 | WASHINGTON T... | 715 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 9/1/2004 | WASHINGTON T... | 707 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 8/20/2004 | WASHINGTON T... | 703 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 8/2/2004 | WASHINGTON T... | 692 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 7/17/2004 | WASHINGTON T... | 689 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 7/8/2004 | WASHINGTON T... | 688 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 6/13/2004 | WASHINGTON T... | 677 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -1,000.00 |
| 5/23/2004 | WASHINGTON T... | 664 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 5/8/2004 | WASHINGTON T... | 656 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 4/23/2004 | WASHINGTON T... | 645 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 4/12/2004 | WASHINGTON T... | 641 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 3/21/2004 | WASHINGTON T... | 631 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 2/27/2004 | WASHINGTON T... | 377 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 2/22/2004 | WASHINGTON T... | 338 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 2/2/2004 | WASHINGTON T... | 333 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 1/19/2004 | WASHINGTON T... | 328 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 1/3/2004 | WASHINGTON T... | 323 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 12/13/2003 | WASHINGTON T... | 358 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 12/7/2003 | WASHINGTON T... | 312 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 11/23/2003 | WASHINGTON T... | 594 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 11/6/2003 | WASHINGTON T... | 584 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 10/8/2003 | WASHINGTON T... | 574 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 10/3/2003 | WASHINGTON T... | 566 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 9/22/2003 | WASHINGTON T... | 308 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 9/3/2003 | WASHINGTON T... | 555 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 8/16/2003 | WASHINGTON T... | 544 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -500.00 |
| 7/25/2003 | WASHINGTON T... | 304 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT | R | -1,500.00 |
| 6/18/2003 | WASHINGTON T... | 291 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 6/6/2003 | WASHINGTON T... | 280 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 5/19/2003 | WASHINGTON T... | 276 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 5/2/2003 | WASHINGTON T... | 265 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 4/18/2003 | WASHINGTON T... | 538 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 4/5/2003 | WASHINGTON T... | 531 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |

Quicken Find



| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 3/16/2003 | WASHINGTON T... | 526 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 3/1/2003 | WASHINGTON T... | 512 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 2/22/2003 | WASHINGTON T... | 506 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 2/1/2003 | WASHINGTON T... | 217 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 1/20/2003 | WASHINGTON T... | 213 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 1/1/2003 | WASHINGTON T... | 206 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 12/16/2002 | WASHINGTON T... | 196 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 11/30/2002 | WASHINGTON T... | 189 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 11/18/2002 | WASHINGTON T... | 185 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 11/2/2002 | WASHINGTON T... | 175 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 10/15/2002 | WASHINGTON T... | 259 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 9/29/2002 | Nations Bank che... | 3925 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -1,000.00 |
| 8/27/2002 | WASHINGTON T... | 239 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -1,000.00 |
| 8/4/2002 | WASHINGTON T... | 234 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 7/21/2002 | WASHINGTON T... | 224 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 7/3/2002 | WASHINGTON T... | 133 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 6/22/2002 | WASHINGTON T... | 130 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 5/31/2002 | WASHINGTON T... | 118 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 5/18/2002 | WASHINGTON T... | 161 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 4/28/2002 | Nations Bank che... | 3429 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -1,000.00 |
| 3/31/2002 | WASHINGTON T... | 152 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 3/20/2002 | Nations Bank che... | 3412 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 3/2/2002 | Nations Bank che... | 3546 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 2/21/2002 | WASHINGTON T... | 151 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 1/31/2002 | WASHINGTON T... | 150 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 1/14/2002 | WASHINGTON T... | 111 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 12/31/2001 | WASHINGTON T... | 142 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 12/15/2001 | WASHINGTON T... | 107 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 11/30/2001 | Nations Bank che... | 3316 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 11/14/2001 | WASHINGTON T... | 103 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 10/31/2001 | Nations Bank che... | 3231 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 10/13/2001 | WASHINGTON T... | 102 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 9/30/2001 | WASHINGTON T... | 2 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |
| 9/14/2001 | WASHINGTON T... | 1 | WINOGRAD,SHINE A... | LEGAL - ACCOUN... | ROSENBLATT M... | R | -500.00 |

**The Griseto's**
82 High Street Apt. 20
Westerly R.I. 02891
Cell Phone – Voice Mail 401 742 2781
E-mail: ngriseto@msn.com

To: Melissa Horne – Winograd, Shine & Zacks
From: Nick Griseto

Date: 8/13/06

Re: Rosenblatt Mater

Enclosed is final and full payment concerning the above mentioned Judgment. Please send me a release. Thank you,

Griseto
82 High Street Unit 20
Westerly RI 02891

CHARLESTON SC 294
14 AUG 2006 PM 2 L

Winograd, Shine and Zacks
123 Dyer St.
Providence RI 02903
Att. Melissa Home

02903+3907

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

MAX WINOGRAD
(1921-1970)
ALLAN M. SHINE
RICHARD W. ZACKS
CARY J. COEN
E. MARTIN STUTCHFIELD
DIANE FINKLE
DEBORAH DINARDO
MELISSA M. HORNE
RICHARD J. LAND
LYNN K. GIFFORD

OF COUNSEL
S. MICHAEL LEVIN

August 25, 2006

**By E-mail and Regular Mail**

Nicholas L. Griseto
82 High Street, Unit 20
Westerly RI 02891

Our File No. 01-1098

Re: Leon B. Rosenblatt Textiles Inc.

Dear Mr. Griseto:

This communication is from a debt collector. We are attempting to collect this debt and any information obtained will be used for that purpose.

We are in receipt of your check in the amount of $184.74 and your letter asserting that this payment constituted "final and full payment concerning the above mentioned judgment." **Please be advised that this claim has not been paid in full nor settled.**

Your check was credited to your account as a payment toward the outstanding balance of $14,319.23, which includes the payments due but not paid in July 2006 and on August 15, 2006. In addition, our client is entitled to receive interest on the judgment at 5.23% per annum from September 30, 1999. A copy of the Order for Installment Payments, which specifies that periodic payments must be made "until such judgment, plus post-judgment statutory interest, is satisfied" is enclosed for your review. Also enclosed is a copy of a letter I sent to you on September 25, 2001 explaining how and why interest accrues on the Judgment.

We will continue to expect $500 payments on the 15th and 30th of each month until the judgment and the interest accruing thereon is satisfied. If such payments are not made, we will file a motion requesting that the Court order you to show cause why you should not be held in contempt.

Very truly yours,

WINOGRAD, SHINE & ZACKS, P.C.

Melissa Horne

Melissa M. Horne

MMH/bjr
Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEON B. ROSENBLATT TEXTILES, LTD. :
Plaintiff :
:
:
vs. : MC No. 2001-56 L
:
NICHOLAS L. GRISETO :
Defendant :

RECEIVED SEP 1 2001 U.S. DISTRICT COURT DISTRICT OF R.I.

ORDER FOR INSTALMENT PAYMENTS

This matter came to be heard on September 12, 2001 on Plaintiff's Motion to Attach. The parties having subsequently consented to supplemental proceedings, and after a hearing thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED:

1. Defendant Nicholas L. Griseto shall make periodic payments toward satisfaction of the judgment in the amount of $58,684.74 entered in favor of Plaintiff Leon B. Rosenblatt Textiles, Ltd. against Nicholas L. Griseto by the United States District Court for the Southern District of New York on September 30, 1999.

2. Defendant Nicholas L. Griseto shall make such periodic payments by paying $500 on or before the 15th and 30th day of each month, beginning September 15, 2001, to counsel for Plaintiff, Melissa M. Horne, Winograd, Shine and Zacks, P.C., 123 Dyer Street, Providence, Rhode Island 02903 until such judgment, plus post-judgment statutory interest, is satisfied.



10

ENTERED as an Order of this Court the ___ day of September, 2001.

ENTER:

PER ORDER:

Ronald R. Lagueux [signature] [signature]

Dated: 9/14/01

This Order Presented By:

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

**Certification**

I hereby certify that on the _____ day of September, 2001, I forwarded a true copy of the Order for Installment Payments to Nicholas L. Griseto at 82 High Street, Westerly, RI by first class mail.

_______________________

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

FILE COPY

MAX WINOGRAD
(1921-1970)
ALLAN M. SHINE
RICHARD W. ZACKS
CARY J. COEN
ALLEN R. RUBINE
E. MARTIN STUTCHFIELD
DIANE FINKLE
DEBORAH DINARDO
MELISSA M. HORNE
THEODORE ORSON
RICHARD J. LAND
JASON M. GRAMITT

September 25, 2001

Nicholas Griseto
82 High Street, Apt. 20
Westerly, Rhode Island 02891

**Re: Leon B. Rosenblatt Textiles, Ltd.**
**Vs: Nicholas L. Griseto**

Dear Mr. Griseto:

Judge Lagueux has instructed me to address with you the issue of post-judgment interest raised in your letter to him dated September 16, 2001.

Post-judgment interest is provided for by Section 1961 of Title 28 of the United States Code, which states that "Interest shall be allowed on any money judgment in a civil case recovered in a district court." A copy of that statute is enclosed for your reference. The plaintiff who obtains a judgment in federal court is entitled to post-judgment interest regardless of whether there is any reference to such interest in the pleadings, the court's order, or the judgment. Miller v. Artistic Cleaners, 153 F.3d 781 (7th Cir. 1998). Under the statute, interest is computed until the judgment is paid, based upon a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. In this case, interest on the judgment entered on September 30, 1999 will accrue at the rate of 5.23%, compounded annually, until the judgment is paid.

I believe this addresses your concerns as to why post-judgment interest was included in the Order for Instalment Payments entered by the Court on September 14, 2001. Obviously, since interest will continue to accrue on the judgment until it is paid, it will be to your benefit to satisfy it as soon as possible. Please do not hesitate to call me if you would like to propose a lump sum payment.

Very truly yours,

Melissa M. Horne

MMH:lkb
Encl.
cc: Honorable Ronald Lagueux
bcc: William Thomashower, Esq.

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

Page: 1
February 13, 2007
ACCOUNT NO: 3635-001M
18

Leon B. Rosenblatt Textiles, Ltd.
Kaplan, Thomashower & Landau LLP
26 Broadway, 20th Floor
New York NY 10004-1898

ATTN: William J. Thomashower

Enforcement of foreign judgment

| Date | | | HOURS |
|---|---|---|---|
| 10/17/2006 | MMH | Correspondence by e-mail from B. Ray re status. Reviewing file re same. Telephone conversation with B. Thomashower's office re status. | 0.30 |
| 10/31/2006 | MMH | Telephone conversation with B. Thomashower re contempt motion. | 0.10 |
| 11/01/2006 | MMH | Reviewing with B. Ray re confirmation of N. Griseto's residence. | 0.10 |
| 11/14/2006 | MMH | Telephone conversation with B. Thomashower re status. | 0.10 |
| 11/17/2006 | MMH | Correspond by email with B. Ray re residence of N. Griseto. | 0.20 |
| | MMH | Correspond by email with B. Thomashower re Motion for Order to Show Cause. | 0.10 |
| 12/04/2006 | MMH | Telephone conversation with L. Rosenblatt re Motion for Order to Show Cause. | 0.10 |
| 02/05/2007 | MMH | Reviewing file re basis for original order, terms of original order, payments and correspondence from N. Griseto. Research re elements of contempt. | |

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

Page: 2
February 13, 2007
ACCOUNT NO: 3635-001M
18

Leon B. Rosenblatt Textiles, Ltd.

Enforcement of foreign judgment

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| | | Drafting Motion for Order to Show Cause, Memorandum in Support of Motion for Order to Show Cause. | 4.10 | |
| | MMH | Telephone conversation with L. Rosenblatt re status. | 0.10 | |
| 02/07/2007 | MMH | Revising Memorandum in Support of Motion for Order to Show Cause. | 1.00 | |
| 02/08/2007 | BJR | Conference with M. Horne re payment schedule. | 0.10 | |
| | BJR | Updating Griseto's Ledger Card. | 0.20 | |
| | MMH | Reviewing with B. Ray re collection efforts. Drafting Affidavit of M. Horne. Revising Motion for Order to Show Cause and Memorandum in Support of Motion for Order to Show Cause to include collection efforts. | 3.30 | |
| 02/09/2007 | SL | Preparing Exhibits to Motion for Order to Show Cause and related documents. | 0.80 | |
| | SL | Reviewing with M. Horne issue re correspondence with N. Griseto re late payments. | 0.10 | |
| | MMH | Revising pleadings re Motion for Show Cause Order. Correspond by e-mail with B. Ray and J. Xynellis re updating exhibits. | 0.70 | |
| | | FOR LEGAL SERVICES RENDERED | 11.40 | 2,109.00 |

| | |
|---|---|
| Long distance telephone charges | 1.24 |
| Photocopies | 1.00 |
| TOTAL COSTS THROUGH 02/09/2007 | 2.24 |
| TOTAL CURRENT CHARGES | 2,111.24 |
| BALANCE FROM PREVIOUS STATEMENT | $228.10 |

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

Page: 3
February 13, 2007
ACCOUNT NO: 3635-001M
18

Leon B. Rosenblatt Textiles, Ltd.

Enforcement of foreign judgment

| | | |
|---|---|---|
| 01/11/2007 | Payment - Thank you | -228.10 |
| | BALANCE DUE | $2,111.24 |