**UNITED STATE DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

Leon B. Rosenblatt Textiles, Ltd.

vs. MC NO. 01-56L

Nicholas L. Griseto

## SHOW CAUSE ORDER

On September 14, 2001, this Court entered an Order for Installment payments pursuant to an agreement reached between the plaintiff and the defendant. The defendant has failed to make said payments.

On February 13, 2007, the plaintiff filed a motion for order to show cause why the defendant should not be held in contempt.

Said motion was granted this date.

RRL

The defendant shall show cause, on March ~~21~~ 27, 2007 at 11:00 am in Courtroom 4 at the US District Court, One Exchange Plaza, Providence, RI 02903, as to why he should not be held in contempt.

ENTER: Dated: 3/20/07

Ronald R. Lagueux

**Ronald R. Lagueux**
Senior U.S. District Judge

ORDERED:

Barbara J. Gilfillan