**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LEON B. ROSENBLATT TEXTILES, LTD.**<br>**Plaintiff** | : | |
| **VS.** | : | **C.A. No. 2001-56** |
| **NICHOLAS L. GRISETO**<br>**Defendant** | : | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT**

## I. INTRODUCTION

On March 20, 2007, this Court entered a Show Cause Order requiring Defendant, Nicholas L. Griseto ("Griseto"), to show cause why he should not be held in contempt for failing to make payments required by an Order for Instalment Payments (the "Instalment Order") entered by this Court on September 14, 2001. At the show cause hearing, this Court requested counsel for Plaintiff, Leon B. Rosenblatt Textiles, Ltd. ("Rosenblatt"), to provide the Court with an accounting of the payments made by Griseto pursuant to the Instalment Order and the application of those payments to the judgment and post-judgment interest. The Court also requested that Rosenblatt address legal issues relative to whether post-judgment interest continues to accrue following the entry of a decree for instalment payments and whether payments are applied first to the

outstanding judgment or to post-judgment interest. This Memorandum is submitted to address those requests.

## II. ANALYSIS

### A. Where a Judgment is Paid in Instalment Payments, Post-Judgment Interest Continues to Accrue on the Declining Judgment Amount.

Although the Rhode Island courts apparently have not addressed the issue of whether the accrual of post-judgment interest ceases once a decree for instalment payments is entered, an Illinois case involving facts similar to those at issue here and cited by the First Circuit Court of Appeals in Bogosian v. Woloohojian, 158 F.3d 1, 9 (1998), is instructive.

In Illini FS, Inc. v. Myerscough, the defendant entered into a stipulation pursuant to which he agreed to pay a judgment, together with costs and interest, in monthly installment payments. 137 Ill. App. 861, 862, 484 N.E.2d 1385, 1385 (Ill.App.3d 1985). When the defendant tendered what he considered to be the final payment, the plaintiff objected on the ground that interest should have been calculated on the entire amount of the judgment until it was paid in full. Id. The defendant argued that interest should have been calculated on the declining balance of the judgment. Id.

On appeal, the court reasoned that "if the judgment debtor retains the use of the money prior to satisfaction of judgment, the judgment creditor deserves interest as payment for that use." Id. at 137 Ill. App. 861, 869, 484 N.E.2d 1385, 1390. The court also acknowledged that, "to the extent that the creditor accepts in partial satisfaction installment payments toward the debt, he is no longer being denied use of such sums and is no longer entitled to interest thereon." Id. at 137 Ill. App. 861, 869-870, 484 N.E.2d 1385, 1390. As a result, the court affirmed the trial court's conclusion that interest should be calculated on the amount of the judgment which remained unpaid after each installment payment, otherwise known as the declining balance method. Id. at 137 Ill. App. 861, 870, 484 N.E.2d 1385, 1390.

In this case, the Instalment Order required Griseto to make two payments of $500 each month toward satisfaction of the $58,684.74 judgment, plus post-judgment statutory interest. (A copy of the Instalment Order is attached as **Exhibit A**.) That Order effectively gave Griseto use of money to which Rosenblatt was otherwise entitled for almost 5 years. Under the reasoning of the Illini FS court, Rosenblatt is entitled to interest as payment for Griseto's use of the money until it is paid to Rosenblatt. Otherwise,

Rosenblatt would have effectively (and unwillingly) extended to Griseto a 5-year, non-interest bearing loan of almost $60,000. The only equitable result is for this Court to conclude that Griseto must pay interest, calculated on the declining balance method, until the judgment and post-judgment statutory interest is paid.

### B. **Absent an Express Agreement to the Contrary, Loan Repayments Are To Be Credited First to Interest.**

The First Circuit Court of Appeals has noted that,

> while Rhode Island law is unclear on the subject, the normal rule throughout the nation is that, absent an express agreement to the contrary, there is a presumption that loan payments are made to interest first and then to principal.

Darr v. Muratore, 8 F.3d 854, 861 (1st Cir. 1993).

The Instalment Order does not specify any particular method of application of Griseto's payments. As a result, the payments should be applied first to the interest due on the payment date, with any amount in excess of the interest due credited to the outstanding judgment, as contemplated by the generally accepted "United States Rule." See Bogosian v. Woloohojian, 973 F.Supp.2d 145, 150 (D.R.I. 2000).

### C. **Calculation of Interest on a Declining Balance Method, With Application of Payments to Interest First, Yields an Outstanding Balance of $17,581.22**.

As requested by the Court, Rosenblatt has detailed the accrual of post-judgment interest from the date the judgment was entered, September 30, 1999, until the Instalment Order was entered on September 14, 2001. During that period, simple interest accrued totaling $6,017.27. See, e.g., **Exhibit B**.

Rosenblatt has also prepared a spreadsheet showing the application of Griseto's payments to interest first, with no further accrual of interest after entry of the Instalment Order. A copy of this spreadsheet is attached as **Exhibit B**. This calculation reveals that $6,702.01 of the original judgment remains unpaid after application of Griseto's payments.

A spreadsheet showing the application of Griseto's payments to the judgment, without any further accrual of interest after entry of the Instalment Order, is attached as **Exhibit C**. This calculation reveals $684.74 of the original judgment and $6,017.27 in interest, or a total of $6,702.01, remains unpaid after application of Griseto's payments.

Rosenblatt also calculated the amount Griseto owes if interest is calculated according to the declining balance method from the date the Instalment Order was entered to May 17, 2007. A spreadsheet showing the application of each of Griseto's payments first against the interest accrued as of the date of each payment, with any amount in excess of interest then due credited to the judgment, is attached as **Exhibit D**. This application of Gristeo's payments is similar to the method utilized by this Court in Bogosian v. Woolohojian, 973 Supp. 2d. 145, 150 (D.R.I. 2000). The application of this methodology reveals that $16,900.64 of the original judgment and $680.58 in interest, or a total of $17,581.22, remains unpaid after application of Griseto's payments.

Lastly, a spreadsheet showing the application of Griseto's payments first against the judgment due as of the date of each payment, with any remainder credited to accrued interest due as of the date of the payment, is attached as **Exhibit E**. This calculation reveals $684.74 of the original judgment and $13,414.67 in interest, or a total of $14,099.41, remains unpaid after application of Griseto's payments.

## III. CONCLUSION

The Instalment Order clearly and unambiguously requires Griseto to make payments of $500 on or before the 15th and 30th day of each month until such judgment, plus post-judgment statutory interest, is satisfied. Although Griseto questioned the provision for post-judgment interest in the Instalment Order, he never objected to it. Griseto, through payments which were almost always late, has paid only $58,000 toward the judgment. He admits that he did not pay any post-judgment interest and, therefore, he is in contempt of the Instalment Order. This Court should enforce its Instalment Order by ordering Griseto to pay Rosenblatt $17,581.22 due under the Order and not less than $2,111.24 in attorney's fees and costs.

**Leon B. Rosenblatt Textiles, Ltd.**

By their Attorney,

WINOGRAD, SHINE & ZACKS, P.C.

/s/ Melissa M. Horne
Melissa M. Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: May 18, 2007

**CERTIFICATION**

I hereby certify that on the 18th day of May, 2007, I forwarded a true copy of the Supplemental Memorandum in Support of Motion for Order to Show Cause Why Defendant Should Not Be Held In Contempt to Nicholas L. Griseto at 82 High Street, Unit 20, Westerly, RI 02891 by first class mail and e-mail.

/s/ Melissa M. Horne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEON B. ROSENBLATT TEXTILES, LTD. :
Plaintiff :

vs. : M.C. No. 2001-56

NICHOLAS L. GRISETO :
Defendant :

RECEIVED SEP 1 2001 U.S. DISTRICT COURT DISTRICT OF R.I.

ORDER FOR INSTALMENT PAYMENTS

This matter came to be heard on September 12, 2001 on Plaintiff's Motion to Attach. The parties having subsequently consented to supplemental proceedings, and after a hearing thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED:

1. Defendant Nicholas L. Griseto shall make periodic payments toward satisfaction of the judgment in the amount of $58,684.74 entered in favor of Plaintiff Leon B. Rosenblatt Textiles, Ltd. against Nicholas L. Griseto by the United States District Court for the Southern District of New York on September 30, 1999.

2. Defendant Nicholas L. Griseto shall make such periodic payments by paying $500 on or before the 15th and 30th day of each month, beginning September 15, 2001, to counsel for Plaintiff, Melissa M. Horne, Winograd, Shine and Zacks, P.C., 123 Dyer Street, Providence, Rhode Island 02903 until such judgment, plus post-judgment statutory interest, is satisfied.



10

ENTERED as an Order of this Court the ___ day of September, 2001.

ENTER:

PER ORDER:

Ronald R. Lagueux

Dated: 9/14/01

This Order Presented By:

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

**Certification**

I hereby certify that on the _____ day of September, 2001, I forwarded a true copy of the Order for Installment Payments to Nicholas L. Griseto at 82 High Street, Westerly, RI by first class mail.

# EXHIBIT B
## APPLICATION OF PAYMENTS TO INTEREST FIRST
## (WITHOUT Accruing Interest)

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment | Interest Due After Application of Payment | Remainder payment applied to principal |
|---|---|---|---|---|---|---|
| **9/30/1999** | $58,684.74 | 0.00 | 0.00 | | 0.00 | |
| 10/29/1999 | $58,684.74 | $255.77 | $255.77 | | 0.00 | |
| 11/29/1999 | $58,684.74 | $255.77 | $511.54 | | 0.00 | |
| 12/29/1999 | $58,684.74 | $255.77 | $767.31 | | 0.00 | |
| 1/29/2000 | $58,684.74 | $255.77 | $1,023.08 | | 0.00 | |
| 2/29/2000 | $58,684.74 | $255.77 | $1,278.85 | | 0.00 | |
| 3/29/2000 | $58,684.74 | $255.77 | $1,534.62 | | 0.00 | |
| 4/29/2000 | $58,684.74 | $255.77 | $1,790.39 | | 0.00 | |
| 5/29/2000 | $58,684.74 | $255.77 | $2,046.16 | | 0.00 | |
| 6/29/2000 | $58,684.74 | $255.77 | $2,301.93 | | 0.00 | |
| 7/29/2000 | $58,684.74 | $255.77 | $2,557.70 | | 0.00 | |
| 8/29/2000 | $58,684.74 | $255.77 | $2,813.47 | | 0.00 | |
| 9/29/2000 | $58,684.74 | $255.77 | $3,069.24 | | 0.00 | |
| 10/29/2000 | $58,684.74 | $255.77 | $3,325.01 | | 0.00 | |
| 11/29/2000 | $58,684.74 | $255.77 | $3,580.78 | | 0.00 | |
| 12/29/2000 | $58,684.74 | $255.77 | $3,836.55 | | 0.00 | |
| 1/29/2001 | $58,684.74 | $255.77 | $4,092.32 | | 0.00 | |
| 2/29/2001 | $58,684.74 | $255.77 | $4,348.09 | | 0.00 | |
| 3/29/2001 | $58,684.74 | $255.77 | $4,603.86 | | 0.00 | |
| 4/29/2001 | $58,684.74 | $255.77 | $4,859.63 | | 0.00 | |
| 5/29/2001 | $58,684.74 | $255.77 | $5,115.40 | | 0.00 | |
| 6/29/2001 | $58,684.74 | $255.77 | $5,371.17 | | 0.00 | |
| 7/29/2001 | $58,684.74 | $255.77 | $5,626.94 | | 0.00 | |
| 8/29/2001 | $58,684.74 | $255.77 | $5,882.71 | | 0.00 | |
| **9/14/2001** | $58,684.74 | $134.56 | $6,017.27 | | 0.00 | |
| 10/4/2001 | $58,684.74 | $0.00 | $6,017.27 | $500.00 | $5,517.27 | |
| 10/17/2001 | $58,684.74 | $0.00 | | $1,000.00 | $4,517.27 | |
| 11/7/2001 | $58,684.74 | $0.00 | | $500.00 | $4,017.27 | |
| 11/20/2001 | $58,684.74 | $0.00 | | $500.00 | $3,517.27 | |
| 12/10/2001 | $58,684.74 | $0.00 | | $500.00 | $3,017.27 | |
| 1/11/2002 | $58,684.74 | $0.00 | | $1,000.00 | $2,017.27 | |
| 1/23/2002 | $58,684.74 | $0.00 | | $500.00 | $1,517.27 | |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment | Interest Due After Application of Payment | Remainder payment applied to principal |
|---|---|---|---|---|---|---|
| 2/27/2002 | $58,684.74 | $0.00 | | $1,000.00 | $517.27 | |
| 3/12/2002 | $58,684.74 | $0.00 | | $500.00 | $17.27 | |
| 4/4/2002 | $58,202.01 | $0.00 | | $500.00 | $0.00 | $482.73 |
| 4/11/2002 | $57,702.01 | $0.00 | | $500.00 | | |
| 5/10/2002 | $56,702.01 | $0.00 | | $1,000.00 | | |
| 5/24/2002 | $56,202.01 | $0.00 | | $500.00 | | |
| 6/6/2002 | $55,702.01 | $0.00 | | $500.00 | | |
| 7/1/2002 | $55,202.01 | $0.00 | | $500.00 | | |
| 7/16/2002 | $54,702.01 | $0.00 | | $500.00 | | |
| 8/7/2002 | $54,202.01 | $0.00 | | $500.00 | | |
| 8/9/2002 | $53,702.01 | $0.00 | | $500.00 | | |
| 9/3/2002 | $52,702.01 | $0.00 | | $1,000.00 | | |
| 10/2/2002 | $51,702.01 | $0.00 | | $1,000.00 | | |
| 10/30/2002 | $51,202.01 | $0.00 | | $500.00 | | |
| 11/13/2002 | $50,702.01 | $0.00 | | $500.00 | | |
| 12/5/2002 | $50,202.01 | $0.00 | | $500.00 | | |
| 12/17/2002 | $49,702.01 | $0.00 | | $500.00 | | |
| 12/23/2002 | $49,202.01 | $0.00 | | $500.00 | | |
| 1/10/2003 | $48,702.01 | $0.00 | | $500.00 | | |
| 1/28/2003 | $48,202.01 | $0.00 | | $500.00 | | |
| 2/12/2003 | $47,702.01 | $0.00 | | $500.00 | | |
| 3/5/2003 | $46,702.01 | $0.00 | | $1,000.00 | | |
| 3/28/2003 | $46,202.01 | $0.00 | | $500.00 | | |
| 4/11/2003 | $45,702.01 | $0.00 | | $500.00 | | |
| 4/28/2003 | $45,202.01 | $0.00 | | $500.00 | | |
| 5/15/2003 | $44,702.01 | $0.00 | | $500.00 | | |
| 6/6/2003 | $44,202.01 | $0.00 | | $500.00 | | |
| 6/20/2003 | $43,702.01 | $0.00 | | $500.00 | | |
| 7/1/2003 | $43,202.01 | $0.00 | | $500.00 | | |
| 8/12/2003 | $41,702.01 | $0.00 | | $1,500.00 | | |
| 8/29/2003 | $41,202.01 | $0.00 | | $500.00 | | |
| 9/18/2003 | $40,702.01 | $0.00 | | $500.00 | | |
| 10/3/2003 | $40,202.01 | $0.00 | | $500.00 | | |
| 10/10/2003 | $39,702.01 | $0.00 | | $500.00 | | |
| 10/23/2003 | $39,202.01 | $0.00 | | $500.00 | | |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment | Interest Due After Application of Payment | Remainder payment applied to principal |
|---|---|---|---|---|---|---|
| 11/14/2003 | $38,702.01 | $0.00 | | $500.00 | | |
| 12/5/2003 | $38,202.01 | $0.00 | | $500.00 | | |
| 12/17/2003 | $37,702.01 | $0.00 | | $500.00 | | |
| 1/2/2004 | $37,202.01 | $0.00 | | $500.00 | | |
| 1/8/2004 | $36,702.01 | $0.00 | | $500.00 | | |
| 2/2/2004 | $36,202.01 | $0.00 | | $500.00 | | |
| 2/11/2004 | $35,702.01 | $0.00 | | $500.00 | | |
| 3/1/2004 | $35,202.01 | $0.00 | | $500.00 | | |
| 3/9/2004 | $34,702.01 | $0.00 | | $500.00 | | |
| 4/7/2004 | $34,202.01 | $0.00 | | $500.00 | | |
| 4/30/2004 | $33,202.01 | $0.00 | | $1,000.00 | | |
| 5/19/2004 | $32,702.01 | $0.00 | | $500.00 | | |
| 6/4/2004 | $32,202.01 | $0.00 | | $500.00 | | |
| 6/18/2004 | $31,202.01 | $0.00 | | $1,000.00 | | |
| 7/14/2004 | $30,702.01 | $0.00 | | $500.00 | | |
| 7/28/2004 | $30,202.01 | $0.00 | | $500.00 | | |
| 8/10/2004 | $29,702.01 | $0.00 | | $500.00 | | |
| 8/24/2004 | $29,202.01 | $0.00 | | $500.00 | | |
| 9/9/2004 | $28,702.01 | $0.00 | | $500.00 | | |
| 10/1/2004 | $28,202.01 | $0.00 | | $500.00 | | |
| 10/13/2004 | $27,702.01 | $0.00 | | $500.00 | | |
| 10/27/2004 | $27,202.01 | $0.00 | | $500.00 | | |
| 11/15/2004 | $26,702.01 | $0.00 | | $500.00 | | |
| 11/24/2004 | $26,202.01 | $0.00 | | $500.00 | | |
| 12/13/2004 | $25,702.01 | $0.00 | | $500.00 | | |
| 12/30/2004 | $25,202.01 | $0.00 | | $500.00 | | |
| 2/3/2005 | $24,702.01 | $0.00 | | $500.00 | | |
| 2/9/2005 | $24,202.01 | $0.00 | | $500.00 | | |
| 3/16/2005 | $23,702.01 | $0.00 | | $500.00 | | |
| 3/21/2005 | $22,202.01 | $0.00 | | $1,500.00 | | |
| 4/14/2005 | $21,702.01 | $0.00 | | $500.00 | | |
| 5/2/2005 | $21,202.01 | $0.00 | | $500.00 | | |
| 5/26/2005 | $20,202.01 | $0.00 | | $1,000.00 | | |
| 6/28/2005 | $19,202.01 | $0.00 | | $1,000.00 | | |
| 7/26/2005 | $18,702.01 | $0.00 | | $500.00 | | |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment | Interest Due After Application of Payment | Remainder payment applied to principal |
|---|---|---|---|---|---|---|
| 9/6/2005 | $17,702.01 | $0.00 | | $1,000.00 | | |
| 10/5/2005 | $16,202.01 | $0.00 | | $1,500.00 | | |
| 10/27/2005 | $15,702.01 | $0.00 | | $500.00 | | |
| 11/29/2005 | $15,202.01 | $0.00 | | $500.00 | | |
| 12/23/2005 | $14,202.01 | $0.00 | | $1,000.00 | | |
| 1/11/2006 | $13,702.01 | $0.00 | | $500.00 | | |
| 2/3/2006 | $13,202.01 | $0.00 | | $500.00 | | |
| 2/22/2006 | $12,202.01 | $0.00 | | $1,000.00 | | |
| 3/7/2006 | $11,202.01 | $0.00 | | $1,000.00 | | |
| 3/30/2006 | $10,702.01 | $0.00 | | $500.00 | | |
| 4/18/2006 | $10,202.01 | $0.00 | | $500.00 | | |
| 4/20/2006 | $9,702.01 | $0.00 | | $500.00 | | |
| 6/2/2006 | $8,702.01 | $0.00 | | $1,000.00 | | |
| 6/19/2006 | $8,202.01 | $0.00 | | $500.00 | | |
| 7/12/2006 | $7,202.01 | $0.00 | | $1,000.00 | | |
| 8/8/2006 | $6,702.01 | $0.00 | | $500.00 | | |

# EXHIBIT C
## APPLICATION OF PAYMENTS TO PRINCIPAL FIRST
## (WITHOUT Accruing Interest)

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment |
|---|---|---|---|---|
| **9/30/1999** | $58,684.74 | 0.00 | 0.00 | |
| 10/29/1999 | $58,684.74 | $255.77 | $255.77 | |
| 11/29/1999 | $58,684.74 | $255.77 | $511.54 | |
| 12/29/1999 | $58,684.74 | $255.77 | $767.31 | |
| 1/29/2000 | $58,684.74 | $255.77 | $1,023.08 | |
| 2/29/2000 | $58,684.74 | $255.77 | $1,278.85 | |
| 3/29/2000 | $58,684.74 | $255.77 | $1,534.62 | |
| 4/29/2000 | $58,684.74 | $255.77 | $1,790.39 | |
| 5/29/2000 | $58,684.74 | $255.77 | $2,046.16 | |
| 6/29/2000 | $58,684.74 | $255.77 | $2,301.93 | |
| 7/29/2000 | $58,684.74 | $255.77 | $2,557.70 | |
| 8/29/2000 | $58,684.74 | $255.77 | $2,813.47 | |
| 9/29/2000 | $58,684.74 | $255.77 | $3,069.24 | |
| 10/29/2000 | $58,684.74 | $255.77 | $3,325.01 | |
| 11/29/2000 | $58,684.74 | $255.77 | $3,580.78 | |
| 12/29/2000 | $58,684.74 | $255.77 | $3,836.55 | |
| 1/29/2001 | $58,684.74 | $255.77 | $4,092.32 | |
| 2/29/2001 | $58,684.74 | $255.77 | $4,348.09 | |
| 3/29/2001 | $58,684.74 | $255.77 | $4,603.86 | |
| 4/29/2001 | $58,684.74 | $255.77 | $4,859.63 | |
| 5/29/2001 | $58,684.74 | $255.77 | $5,115.40 | |
| 6/29/2001 | $58,684.74 | $255.77 | $5,371.17 | |
| 7/29/2001 | $58,684.74 | $255.77 | $5,626.94 | |
| 8/29/2001 | $58,684.74 | $255.77 | $5,882.71 | |
| **9/14/2001** | $58,684.74 | $134.56 | $6,017.27 | |
| 10/4/2001 | $58,184.74 | $0.00 | $6,017.27 | $500.00 |
| 10/17/2001 | $57,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 11/7/2001 | $56,684.74 | $0.00 | $6,017.27 | $500.00 |
| 11/20/2001 | $56,184.74 | $0.00 | $6,017.27 | $500.00 |
| 12/10/2001 | $55,684.74 | $0.00 | $6,017.27 | $500.00 |
| 1/11/2002 | $54,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 1/23/2002 | $54,184.74 | $0.00 | $6,017.27 | $500.00 |
| 2/27/2002 | $53,184.74 | $0.00 | $6,017.27 | $1,000.00 |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment |
|---|---|---|---|---|
| 3/12/2002 | $52,684.74 | $0.00 | $6,017.27 | $500.00 |
| 4/4/2002 | $52,184.74 | $0.00 | $6,017.27 | $500.00 |
| 4/11/2002 | $51,684.74 | $0.00 | $6,017.27 | $500.00 |
| 5/10/2002 | $50,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 5/24/2002 | $50,184.74 | $0.00 | $6,017.27 | $500.00 |
| 6/6/2002 | $49,684.74 | $0.00 | $6,017.27 | $500.00 |
| 7/1/2002 | $49,184.74 | $0.00 | $6,017.27 | $500.00 |
| 7/16/2002 | $48,684.74 | $0.00 | $6,017.27 | $500.00 |
| 8/7/2002 | $48,184.74 | $0.00 | $6,017.27 | $500.00 |
| 8/9/2002 | $47,684.74 | $0.00 | $6,017.27 | $500.00 |
| 9/3/2002 | $46,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 10/2/2002 | $45,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 10/30/2002 | $45,184.74 | $0.00 | $6,017.27 | $500.00 |
| 11/13/2002 | $44,684.74 | $0.00 | $6,017.27 | $500.00 |
| 12/5/2002 | $44,184.74 | $0.00 | $6,017.27 | $500.00 |
| 12/17/2002 | $43,684.74 | $0.00 | $6,017.27 | $500.00 |
| 12/23/2002 | $43,184.74 | $0.00 | $6,017.27 | $500.00 |
| 1/10/2003 | $42,684.74 | $0.00 | $6,017.27 | $500.00 |
| 1/28/2003 | $42,184.74 | $0.00 | $6,017.27 | $500.00 |
| 2/12/2003 | $41,684.74 | $0.00 | $6,017.27 | $500.00 |
| 3/5/2003 | $40,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 3/28/2003 | $40,184.74 | $0.00 | $6,017.27 | $500.00 |
| 4/11/2003 | $39,684.74 | $0.00 | $6,017.27 | $500.00 |
| 4/28/2003 | $39,184.74 | $0.00 | $6,017.27 | $500.00 |
| 5/15/2003 | $38,684.74 | $0.00 | $6,017.27 | $500.00 |
| 6/6/2003 | $38,184.74 | $0.00 | $6,017.27 | $500.00 |
| 6/20/2003 | $37,684.74 | $0.00 | $6,017.27 | $500.00 |
| 7/1/2003 | $37,184.74 | $0.00 | $6,017.27 | $500.00 |
| 8/12/2003 | $35,684.74 | $0.00 | $6,017.27 | $1,500.00 |
| 8/29/2003 | $35,184.74 | $0.00 | $6,017.27 | $500.00 |
| 9/18/2003 | $34,684.74 | $0.00 | $6,017.27 | $500.00 |
| 10/3/2003 | $34,184.74 | $0.00 | $6,017.27 | $500.00 |
| 10/10/2003 | $33,684.74 | $0.00 | $6,017.27 | $500.00 |
| 10/23/2003 | $33,184.74 | $0.00 | $6,017.27 | $500.00 |
| 11/14/2003 | $32,684.74 | $0.00 | $6,017.27 | $500.00 |
| 12/5/2003 | $32,184.74 | $0.00 | $6,017.27 | $500.00 |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment |
|---|---|---|---|---|
| 12/17/2003 | $31,684.74 | $0.00 | $6,017.27 | $500.00 |
| 1/2/2004 | $31,184.74 | $0.00 | $6,017.27 | $500.00 |
| 1/8/2004 | $30,684.74 | $0.00 | $6,017.27 | $500.00 |
| 2/2/2004 | $30,184.74 | $0.00 | $6,017.27 | $500.00 |
| 2/11/2004 | $29,684.74 | $0.00 | $6,017.27 | $500.00 |
| 3/1/2004 | $29,184.74 | $0.00 | $6,017.27 | $500.00 |
| 3/9/2004 | $28,684.74 | $0.00 | $6,017.27 | $500.00 |
| 4/7/2004 | $28,184.74 | $0.00 | $6,017.27 | $500.00 |
| 4/30/2004 | $27,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 5/19/2004 | $26,684.74 | $0.00 | $6,017.27 | $500.00 |
| 6/4/2004 | $26,184.74 | $0.00 | $6,017.27 | $500.00 |
| 6/18/2004 | $25,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 7/14/2004 | $24,684.74 | $0.00 | $6,017.27 | $500.00 |
| 7/28/2004 | $24,184.74 | $0.00 | $6,017.27 | $500.00 |
| 8/10/2004 | $23,684.74 | $0.00 | $6,017.27 | $500.00 |
| 8/24/2004 | $23,184.74 | $0.00 | $6,017.27 | $500.00 |
| 9/9/2004 | $22,684.74 | $0.00 | $6,017.27 | $500.00 |
| 10/1/2004 | $22,184.74 | $0.00 | $6,017.27 | $500.00 |
| 10/13/2004 | $21,684.74 | $0.00 | $6,017.27 | $500.00 |
| 10/27/2004 | $21,184.74 | $0.00 | $6,017.27 | $500.00 |
| 11/15/2004 | $20,684.74 | $0.00 | $6,017.27 | $500.00 |
| 11/24/2004 | $20,184.74 | $0.00 | $6,017.27 | $500.00 |
| 12/13/2004 | $19,684.74 | $0.00 | $6,017.27 | $500.00 |
| 12/30/2004 | $19,184.74 | $0.00 | $6,017.27 | $500.00 |
| 2/3/2005 | $18,684.74 | $0.00 | $6,017.27 | $500.00 |
| 2/9/2005 | $18,184.74 | $0.00 | $6,017.27 | $500.00 |
| 3/16/2005 | $17,684.74 | $0.00 | $6,017.27 | $500.00 |
| 3/21/2005 | $16,184.74 | $0.00 | $6,017.27 | $1,500.00 |
| 4/14/2005 | $15,684.74 | $0.00 | $6,017.27 | $500.00 |
| 5/2/2005 | $15,184.74 | $0.00 | $6,017.27 | $500.00 |
| 5/26/2005 | $14,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 6/28/2005 | $13,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 7/26/2005 | $12,684.74 | $0.00 | $6,017.27 | $500.00 |
| 9/6/2005 | $11,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 10/5/2005 | $10,184.74 | $0.00 | $6,017.27 | $1,500.00 |
| 10/27/2005 | $9,684.74 | $0.00 | $6,017.27 | $500.00 |

| Date of Payment | Principal Balance Due | Interest Due This Period | Total Interest Outstanding | Payment |
|---|---|---|---|---|
| 11/29/2005 | $9,184.74 | $0.00 | $6,017.27 | $500.00 |
| 12/23/2005 | $8,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 1/11/2006 | $7,684.74 | $0.00 | $6,017.27 | $500.00 |
| 2/3/2006 | $7,184.74 | $0.00 | $6,017.27 | $500.00 |
| 2/22/2006 | $6,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 3/7/2006 | $5,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 3/30/2006 | $4,684.74 | $0.00 | $6,017.27 | $500.00 |
| 4/18/2006 | $4,184.74 | $0.00 | $6,017.27 | $500.00 |
| 4/20/2006 | $3,684.74 | $0.00 | $6,017.27 | $500.00 |
| 6/2/2006 | $2,684.74 | $0.00 | $6,017.27 | $1,000.00 |
| 6/19/2006 | $2,184.74 | $0.00 | $6,017.27 | $500.00 |
| 7/12/2006 | $1,184.74 | $0.00 | $6,017.27 | $1,000.00 |
| 8/8/2006 | $684.74 | $0.00 | $6,017.27 | $500.00 |

# EXHIBIT D
## APPLICATION OF PAYMENTS TO INTEREST FIRST
## (WITH Accruing Interest)

| Date of Payment | Days From Last Payment | Per Diem Interest | Interest Accruing This Period | New Interest | Amount of Payment | Principal Balance | Amount of Payment Applied to Interest | Remainder of Payment Applied to Principal |
|---|---|---|---|---|---|---|---|---|
| ORIGINAL JUDGMENT AMOUNT (9/30/99) | | | | $6,017.27 | | 58,684.74 | | |
| **9/14/2001** | 18 days (10/4/2001) | $8.41 | $151.38 | $6,168.65 | $0.00 | $58,684.74 | | $0.00 |
| 10/4/2001 | 0 | $8.41 | $0.00 | $5,668.65 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 10/17/2001 | 13 | $8.41 | $109.33 | $4,777.98 | $1,000.00 | $58,684.74 | $1,000.00 | $0.00 |
| 11/7/2001 | 21 | $8.41 | $176.61 | $4,454.59 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 11/20/2001 | 13 | $8.41 | $109.33 | $4,063.92 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 12/10/2001 | 20 | $8.41 | $168.20 | $3,732.12 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 1/11/2002 | 32 | $8.41 | $269.12 | $3,001.24 | $1,000.00 | $58,684.74 | $1,000.00 | $0.00 |
| 1/23/2002 | 12 | $8.41 | $100.92 | $2,602.16 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 2/27/2002 | 35 | $8.41 | $294.35 | $1,896.51 | $1,000.00 | $58,684.74 | $1,000.00 | $0.00 |
| 3/12/2002 | 13 | $8.41 | $109.33 | $1,505.84 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 4/4/2002 | 23 | $8.41 | $193.43 | $1,199.27 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 4/11/2002 | 7 | $8.41 | $58.87 | $758.14 | $500.00 | $58,684.74 | $500.00 | $0.00 |
| 5/10/2002 | 29 | $8.41 | $243.89 | $2.03 | $1,000.00 | $58,684.74 | $1,000.00 | $0.00 |
| 5/24/2002 | 14 | $8.41 | $117.72 | $119.75 | $500.00 | $58,304.51 | $119.77 | $380.23 |
| 6/6/2002 | 13 | $8.35 | $108.61 | $108.61 | $500.00 | $57,913.12 | $108.61 | $391.39 |
| 7/1/2002 | 24 | $8.30 | $199.16 | $199.16 | $500.00 | $57,612.27 | $199.16 | $300.84 |
| 7/16/2002 | 15 | $8.26 | $123.83 | $123.83 | $500.00 | $57,236.10 | $123.83 | $376.17 |
| 8/7/2002 | 21 | $8.20 | $172.23 | $172.23 | $500.00 | $56,908.33 | $172.23 | $327.77 |
| 8/9/2002 | 2 | $8.15 | $16.31 | $16.31 | $500.00 | $56,424.64 | $16.31 | $483.69 |
| 9/3/2002 | 24 | $8.08 | $194.04 | $194.04 | $1,000.00 | $55,618.67 | $194.04 | $805.96 |
| 10/2/2002 | 28 | $7.97 | $223.15 | $223.15 | $1,000.00 | $54,841.82 | $223.15 | $776.85 |
| 10/30/2002 | 27 | $7.86 | $212.17 | $212.17 | $500.00 | $54,553.99 | $212.17 | $287.83 |
| 11/13/2002 | 14 | $7.82 | $109.44 | $109.44 | $500.00 | $54,163.43 | $109.44 | $390.56 |
| 12/5/2002 | 21 | $7.76 | $162.98 | $162.98 | $500.00 | $53,826.41 | $162.98 | $337.02 |
| 12/17/2002 | 11 | $7.71 | $84.84 | $84.84 | $500.00 | $53,411.25 | $84.84 | $415.16 |
| 12/23/2002 | 5 | $7.65 | $38.27 | $38.27 | $500.00 | $52,949.51 | $38.27 | $461.73 |
| 1/10/2003 | 18 | $7.59 | $136.57 | $136.57 | $500.00 | $52,586.08 | $136.57 | $363.43 |
| 1/28/2003 | 17 | $7.53 | $128.09 | $128.09 | $500.00 | $52,214.17 | $128.09 | $371.91 |

| Date of Payment | Days From Last Payment | Per Diem Interest | Interest Accruing This Period | New Interest | Amount of Payment | Principal Balance | Amount of Payment Applied to Interest | Remainder of Payment Applied to Principal |
|---|---|---|---|---|---|---|---|---|
| 2/12/2003 | 15 | $7.48 | $112.22 | $112.22 | $500.00 | $51,826.40 | $112.22 | $387.78 |
| 3/5/2003 | 20 | $7.43 | $148.52 | $148.52 | $1,000.00 | $50,974.92 | $148.52 | $851.48 |
| 3/28/2003 | 22 | $7.30 | $160.69 | $160.69 | $500.00 | $50,635.61 | $160.69 | $339.31 |
| 4/11/2003 | 13 | $7.26 | $94.32 | $94.32 | $500.00 | $50,229.93 | $94.32 | $405.68 |
| 4/28/2003 | 16 | $7.20 | $115.16 | $115.16 | $500.00 | $49,845.09 | $115.16 | $384.84 |
| 5/15/2003 | 16 | $7.14 | $114.27 | $114.27 | $500.00 | $49,459.36 | $114.27 | $385.73 |
| 6/6/2003 | 21 | $7.09 | $148.83 | $148.83 | $500.00 | $49,108.19 | $148.83 | $351.17 |
| 6/20/2003 | 13 | $7.04 | $91.48 | $91.48 | $500.00 | $48,699.66 | $91.48 | $408.52 |
| 7/1/2003 | 10 | $6.98 | $69.78 | $69.78 | $500.00 | $48,269.44 | $69.78 | $430.22 |
| 8/12/2003 | 41 | $6.92 | $283.57 | $283.57 | $1,500.00 | $47,053.02 | $283.57 | $1,216.43 |
| 8/29/2003 | 16 | $6.74 | $107.87 | $107.87 | $500.00 | $46,660.89 | $107.87 | $392.13 |
| 9/18/2003 | 19 | $6.69 | $127.03 | $127.03 | $500.00 | $46,287.92 | $127.03 | $372.97 |
| 10/3/2003 | 14 | $6.63 | $92.85 | $92.85 | $500.00 | $45,880.78 | $92.85 | $407.15 |
| 10/10/2003 | 6 | $6.57 | $39.44 | $39.44 | $500.00 | $45,420.22 | $39.44 | $460.56 |
| 10/23/2003 | 12 | $6.51 | $78.10 | $78.10 | $500.00 | $44,998.32 | $78.10 | $421.90 |
| 11/14/2003 | 21 | $6.45 | $135.40 | $135.40 | $500.00 | $44,633.72 | $135.40 | $364.60 |
| 12/5/2003 | 21 | $6.40 | $134.30 | $134.30 | $500.00 | $44,268.03 | $134.30 | $365.70 |
| 12/17/2003 | 11 | $6.34 | $69.77 | $69.77 | $500.00 | $43,837.80 | $69.77 | $430.23 |
| 1/2/2004 | 15 | $6.28 | $94.22 | $94.22 | $500.00 | $43,432.02 | $94.22 | $405.78 |
| 1/8/2004 | 5 | $6.22 | $31.12 | $31.12 | $500.00 | $42,963.14 | $31.12 | $468.88 |
| 2/2/2004 | 25 | $6.16 | $153.90 | $153.90 | $500.00 | $42,617.04 | $153.90 | $346.10 |
| 2/11/2004 | 8 | $6.11 | $48.85 | $48.85 | $500.00 | $42,165.89 | $48.85 | $451.15 |
| 3/1/2004 | 18 | $6.04 | $108.75 | $108.75 | $500.00 | $41,774.64 | $108.75 | $391.25 |
| 3/9/2004 | 7 | $5.99 | $41.90 | $41.90 | $500.00 | $41,316.55 | $41.90 | $458.10 |
| 4/7/2004 | 28 | $5.92 | $165.76 | $165.76 | $500.00 | $40,982.31 | $165.76 | $334.24 |
| 4/30/2004 | 22 | $5.87 | $129.19 | $129.19 | $1,000.00 | $40,111.50 | $129.19 | $870.81 |
| 5/19/2004 | 19 | $5.75 | $109.20 | $109.20 | $500.00 | $39,720.70 | $109.20 | $390.80 |
| 6/4/2004 | 15 | $5.69 | $85.37 | $85.37 | $500.00 | $39,306.07 | $85.37 | $414.63 |
| 6/18/2004 | 13 | $5.63 | $73.22 | $73.22 | $1,000.00 | $38,379.29 | $73.22 | $926.78 |
| 7/14/2004 | 25 | $5.50 | $137.48 | $137.48 | $500.00 | $38,016.77 | $137.48 | $362.52 |
| 7/28/2004 | 13 | $5.45 | $70.82 | $70.82 | $500.00 | $37,587.59 | $70.82 | $429.18 |
| 8/10/2004 | 12 | $5.39 | $64.63 | $64.63 | $500.00 | $37,152.22 | $64.63 | $435.37 |
| 8/24/2004 | 13 | $5.32 | $69.20 | $69.20 | $500.00 | $36,721.42 | $69.20 | $430.80 |
| 9/9/2004 | 15 | $5.26 | $78.93 | $78.93 | $500.00 | $36,300.35 | $78.93 | $421.07 |

| Date of Payment | Days From Last Payment | Per Diem Interest | Interest Accruing This Period | New Interest | Amount of Payment | Principal Balance | Amount of Payment Applied to Interest | Remainder of Payment Applied to Principal |
|---|---|---|---|---|---|---|---|---|
| 10/1/2004 | 21 | $5.20 | $109.23 | $109.23 | $500.00 | $35,909.58 | $109.23 | $390.77 |
| 10/13/2004 | 11 | $5.15 | $56.60 | $56.60 | $500.00 | $35,466.18 | $56.60 | $443.40 |
| 10/27/2004 | 13 | $5.08 | $66.06 | $66.06 | $500.00 | $35,032.24 | $66.06 | $433.94 |
| 11/15/2004 | 18 | $5.02 | $90.35 | $90.35 | $500.00 | $34,622.60 | $90.35 | $409.65 |
| 11/24/2004 | 8 | $4.96 | $39.69 | $39.69 | $500.00 | $34,162.28 | $39.69 | $460.31 |
| 12/13/2004 | 18 | $4.90 | $88.11 | $88.11 | $500.00 | $33,750.39 | $88.11 | $411.89 |
| 12/30/2004 | 16 | $4.84 | $77.38 | $77.38 | $500.00 | $33,327.77 | $77.38 | $422.62 |
| 2/3/2005 | 35 | $4.78 | $167.14 | $167.14 | $500.00 | $32,994.91 | $167.14 | $332.86 |
| 2/9/2005 | 5 | $4.73 | $23.64 | $23.64 | $500.00 | $32,518.55 | $23.64 | $476.36 |
| 3/16/2005 | 34 | $4.66 | $158.42 | $158.42 | $500.00 | $32,176.97 | $158.42 | $341.58 |
| 3/21/2005 | 4 | $4.61 | $18.44 | $18.44 | $1,500.00 | $30,695.42 | $18.44 | $1,481.56 |
| 4/14/2005 | 23 | $4.40 | $101.16 | $101.16 | $500.00 | $30,296.58 | $101.16 | $398.84 |
| 5/2/2005 | 17 | $4.34 | $73.80 | $73.80 | $500.00 | $29,870.38 | $73.80 | $426.20 |
| 5/26/2005 | 23 | $4.28 | $98.44 | $98.44 | $1,000.00 | $28,968.82 | $98.44 | $901.56 |
| 6/28/2005 | 32 | $4.15 | $132.83 | $132.83 | $1,000.00 | $28,101.65 | $132.83 | $867.17 |
| 7/26/2005 | 27 | $4.03 | $108.72 | $108.72 | $500.00 | $27,710.36 | $108.72 | $391.28 |
| 9/6/2005 | 41 | $3.97 | $162.79 | $162.79 | $1,000.00 | $26,873.16 | $162.79 | $837.21 |
| 10/5/2005 | 29 | $3.85 | $111.67 | $111.67 | $1,500.00 | $25,484.82 | $111.67 | $1,388.33 |
| 10/27/2005 | 21 | $3.65 | $76.68 | $76.68 | $500.00 | $25,061.51 | $76.68 | $423.32 |
| 11/29/2005 | 32 | $3.59 | $114.91 | $114.91 | $500.00 | $24,676.42 | $114.91 | $385.09 |
| 12/23/2005 | 24 | $3.54 | $84.86 | $84.86 | $1,000.00 | $23,761.28 | $84.86 | $915.14 |
| 1/11/2006 | 18 | $3.40 | $61.28 | $61.28 | $500.00 | $23,322.57 | $61.28 | $438.72 |
| 2/3/2006 | 22 | $3.34 | $73.52 | $73.52 | $500.00 | $22,896.09 | $73.52 | $426.48 |
| 2/22/2006 | 18 | $3.28 | $59.05 | $59.05 | $1,000.00 | $21,955.14 | $59.05 | $940.95 |
| 3/7/2006 | 12 | $3.15 | $37.75 | $37.75 | $1,000.00 | $20,992.89 | $37.75 | $962.25 |
| 3/30/2006 | 22 | $3.01 | $66.18 | $66.18 | $500.00 | $20,559.07 | $66.18 | $433.82 |
| 4/18/2006 | 18 | $2.95 | $53.03 | $53.03 | $500.00 | $20,112.09 | $53.03 | $446.97 |
| 4/20/2006 | 1 | $2.88 | $2.88 | $2.88 | $500.00 | $19,614.97 | $2.88 | $497.12 |
| 6/2/2006 | 42 | $2.81 | $118.04 | $118.04 | $1,000.00 | $18,733.02 | $118.04 | $881.96 |
| 6/19/2006 | 16 | $2.68 | $42.95 | $42.95 | $500.00 | $18,275.97 | $42.95 | $457.05 |
| 7/12/2006 | 22 | $2.62 | $57.61 | $57.61 | $1,000.00 | $17,333.58 | $57.61 | $942.39 |
| 8/8/2006 | 27 | $2.48 | $67.06 | $67.06 | $500.00 | $16,900.64 | $67.06 | $432.94 |
| 5/17/2007 | 281 | $2.42 | $680.48 | $680.48 | $0.00 | $16,900.64 | $0.00 | $0.00 |

# EXHIBIT E
## APPLICATION OF PAYMENTS TO PRINCIPAL FIRST
## (WITH Accruing Interest)

| Date of Payment | Days from last payment | Per Diem Interest | Interest Acccrued this Period | New Interest | Amount of Payment | Principal Balance |
|---|---|---|---|---|---|---|
| ORIGINAL JUDGMENT AMOUNT (9/30/99) | | | | $6,017.27 | | 58,684.74 |
| **9/14/2001** | 18 days (10/4/2001) | $8.41 | $151.38 | $6,168.65 | $0.00 | 58,684.74 |
| 10/4/2001 | 0 | $8.41 | $0.00 | $6,185.47 | $500.00 | 58,184.74 |
| 10/17/2001 | 13 | $8.34 | $108.38 | $6,293.85 | $1,000.00 | 57,184.74 |
| 11/7/2001 | 21 | $8.19 | $172.07 | $6,465.92 | $500.00 | 56,684.74 |
| 11/20/2001 | 13 | $8.12 | $105.59 | $6,571.51 | $500.00 | 56,184.74 |
| 12/10/2001 | 20 | $8.05 | $161.01 | $6,732.52 | $500.00 | 55,684.74 |
| 1/11/2002 | 32 | $7.98 | $255.33 | $6,987.85 | $1,000.00 | 54,684.74 |
| 1/23/2002 | 12 | $7.84 | $94.03 | $7,081.88 | $500.00 | 54,184.74 |
| 2/27/2002 | 35 | $7.76 | $271.74 | $7,353.62 | $1,000.00 | 53,184.74 |
| 3/12/2002 | 13 | $7.62 | $99.07 | $7,452.69 | $500.00 | 52,684.74 |
| 4/4/2002 | 23 | $7.55 | $173.63 | $7,626.32 | $500.00 | 52,184.74 |
| 4/11/2002 | 7 | $7.48 | $52.34 | $7,678.66 | $500.00 | 51,684.74 |
| 5/10/2002 | 29 | $7.41 | $214.77 | $7,893.43 | $1,000.00 | 50,684.74 |
| 5/24/2002 | 14 | $7.26 | $101.67 | $7,995.10 | $500.00 | 50,184.74 |
| 6/6/2002 | 13 | $7.19 | $93.48 | $8,088.58 | $500.00 | 49,684.74 |
| 7/1/2002 | 24 | $7.12 | $170.86 | $8,259.44 | $500.00 | 49,184.74 |
| 7/16/2002 | 15 | $7.05 | $105.71 | $8,365.16 | $500.00 | 48,684.74 |
| 8/7/2002 | 21 | $6.98 | $146.49 | $8,511.65 | $500.00 | 48,184.74 |
| 8/9/2002 | 2 | $6.90 | $13.81 | $8,525.46 | $500.00 | 47,684.74 |
| 9/3/2002 | 24 | $6.83 | $163.98 | $8,689.44 | $1,000.00 | 46,684.74 |
| 10/2/2002 | 28 | $6.69 | $187.30 | $8,876.75 | $1,000.00 | 45,684.74 |
| 10/30/2002 | 27 | $6.55 | $176.74 | $9,053.49 | $500.00 | 45,184.74 |
| 11/13/2002 | 14 | $6.47 | $90.64 | $9,144.13 | $500.00 | 44,684.74 |
| 12/5/2002 | 21 | $6.40 | $134.46 | $9,278.59 | $500.00 | 44,184.74 |
| 12/17/2002 | 11 | $6.33 | $69.64 | $9,348.23 | $500.00 | 43,684.74 |
| 12/23/2002 | 5 | $6.26 | $31.30 | $9,379.53 | $500.00 | 43,184.74 |
| 1/10/2003 | 18 | $6.19 | $111.38 | $9,490.91 | $500.00 | 42,684.74 |
| 1/28/2003 | 17 | $6.12 | $103.98 | $9,594.89 | $500.00 | 42,184.74 |

| Date of Payment | Days from last payment | Per Diem Interest | Interest Acccrued this Period | New Interest | Amount of Payment | Principal Balance |
|---|---|---|---|---|---|---|
| 2/12/2003 | 15 | $6.04 | $90.67 | $9,685.55 | $500.00 | 41,684.74 |
| 3/5/2003 | 20 | $5.97 | $119.46 | $9,805.01 | $1,000.00 | 40,684.74 |
| 3/28/2003 | 22 | $5.83 | $128.25 | $9,933.26 | $500.00 | 40,184.74 |
| 4/11/2003 | 13 | $5.76 | $74.85 | $10,008.12 | $500.00 | 39,684.74 |
| 4/28/2003 | 16 | $5.69 | $90.98 | $10,099.10 | $500.00 | 39,184.74 |
| 5/15/2003 | 16 | $5.61 | $89.84 | $10,188.93 | $500.00 | 38,684.74 |
| 6/6/2003 | 21 | $5.54 | $116.40 | $10,305.34 | $500.00 | 38,184.74 |
| 6/20/2003 | 13 | $5.47 | $71.13 | $10,376.47 | $500.00 | 37,684.74 |
| 7/1/2003 | 10 | $5.40 | $54.00 | $10,430.46 | $500.00 | 37,184.74 |
| 8/12/2003 | 41 | $5.33 | $218.45 | $10,648.92 | $1,500.00 | 35,684.74 |
| 8/29/2003 | 16 | $5.11 | $81.81 | $10,730.73 | $500.00 | 35,184.74 |
| 9/18/2003 | 19 | $5.04 | $95.79 | $10,826.52 | $500.00 | 34,684.74 |
| 10/3/2003 | 14 | $4.97 | $69.58 | $10,896.09 | $500.00 | 34,184.74 |
| 10/10/2003 | 6 | $4.90 | $29.39 | $10,925.48 | $500.00 | 33,684.74 |
| 10/23/2003 | 12 | $4.83 | $57.92 | $10,983.40 | $500.00 | 33,184.74 |
| 11/14/2003 | 21 | $4.75 | $99.85 | $11,083.26 | $500.00 | 32,684.74 |
| 12/5/2003 | 21 | $4.68 | $98.35 | $11,181.61 | $500.00 | 32,184.74 |
| 12/17/2003 | 11 | $4.61 | $50.73 | $11,232.34 | $500.00 | 31,684.74 |
| 1/2/2004 | 15 | $4.54 | $68.10 | $11,300.44 | $500.00 | 31,184.74 |
| 1/8/2004 | 5 | $4.47 | $22.34 | $11,322.78 | $500.00 | 30,684.74 |
| 2/2/2004 | 25 | $4.40 | $109.92 | $11,432.70 | $500.00 | 30,184.74 |
| 2/11/2004 | 8 | $4.33 | $34.60 | $11,467.30 | $500.00 | 29,684.74 |
| 3/1/2004 | 18 | $4.25 | $76.56 | $11,543.86 | $500.00 | 29,184.74 |
| 3/9/2004 | 7 | $4.18 | $29.27 | $11,573.13 | $500.00 | 28,684.74 |
| 4/7/2004 | 28 | $4.11 | $115.08 | $11,688.22 | $500.00 | 28,184.74 |
| 4/30/2004 | 22 | $4.04 | $88.85 | $11,777.06 | $1,000.00 | 27,184.74 |
| 5/19/2004 | 19 | $3.90 | $74.01 | $11,851.07 | $500.00 | 26,684.74 |
| 6/4/2004 | 15 | $3.82 | $57.35 | $11,908.43 | $500.00 | 26,184.74 |
| 6/18/2004 | 13 | $3.75 | $48.78 | $11,957.20 | $1,000.00 | 25,184.74 |
| 7/14/2004 | 25 | $3.61 | $90.22 | $12,047.42 | $500.00 | 24,684.74 |
| 7/28/2004 | 13 | $3.54 | $45.98 | $12,093.40 | $500.00 | 24,184.74 |
| 8/10/2004 | 12 | $3.47 | $41.58 | $12,134.99 | $500.00 | 23,684.74 |
| 8/24/2004 | 13 | $3.39 | $44.12 | $12,179.10 | $500.00 | 23,184.74 |
| 9/9/2004 | 15 | $3.32 | $49.83 | $12,228.94 | $500.00 | 22,684.74 |

| Date of Payment | Days from last payment | Per Diem Interest | Interest Acccrued this Period | New Interest | Amount of Payment | Principal Balance |
|---|---|---|---|---|---|---|
| 10/1/2004 | 21 | $3.25 | $68.26 | $12,297.20 | $500.00 | 22,184.74 |
| 10/13/2004 | 11 | $3.18 | $34.97 | $12,332.16 | $500.00 | 21,684.74 |
| 10/27/2004 | 13 | $3.11 | $40.39 | $12,372.55 | $500.00 | 21,184.74 |
| 11/15/2004 | 18 | $3.04 | $54.64 | $12,427.19 | $500.00 | 20,684.74 |
| 11/24/2004 | 8 | $2.96 | $23.71 | $12,450.91 | $500.00 | 20,184.74 |
| 12/13/2004 | 18 | $2.89 | $52.06 | $12,502.97 | $500.00 | 19,684.74 |
| 12/30/2004 | 16 | $2.82 | $45.13 | $12,548.09 | $500.00 | 19,184.74 |
| 2/3/2005 | 35 | $2.75 | $96.21 | $12,644.31 | $500.00 | 18,684.74 |
| 2/9/2005 | 5 | $2.68 | $13.39 | $12,657.69 | $500.00 | 18,184.74 |
| 3/16/2005 | 34 | $2.61 | $88.59 | $12,746.29 | $500.00 | 17,684.74 |
| 3/21/2005 | 4 | $2.53 | $10.14 | $12,756.42 | $1,500.00 | 16,184.74 |
| 4/14/2005 | 23 | $2.32 | $53.34 | $12,809.76 | $500.00 | 15,684.74 |
| 5/2/2005 | 17 | $2.25 | $38.21 | $12,847.97 | $500.00 | 15,184.74 |
| 5/26/2005 | 23 | $2.18 | $50.04 | $12,898.01 | $1,000.00 | 14,184.74 |
| 6/28/2005 | 32 | $2.03 | $65.04 | $12,963.05 | $1,000.00 | 13,184.74 |
| 7/26/2005 | 27 | $1.89 | $51.01 | $13,014.06 | $500.00 | 12,684.74 |
| 9/6/2005 | 41 | $1.82 | $74.52 | $13,088.58 | $1,000.00 | 11,684.74 |
| 10/5/2005 | 29 | $1.67 | $48.55 | $13,137.13 | $1,500.00 | 10,184.74 |
| 10/27/2005 | 21 | $1.46 | $30.65 | $13,167.78 | $500.00 | 9,684.74 |
| 11/29/2005 | 32 | $1.39 | $44.41 | $13,212.19 | $500.00 | 9,184.74 |
| 12/23/2005 | 24 | $1.32 | $31.59 | $13,243.77 | $1,000.00 | 8,184.74 |
| 1/11/2006 | 18 | $1.17 | $21.11 | $13,264.88 | $500.00 | 7,684.74 |
| 2/3/2006 | 22 | $1.10 | $24.22 | $13,289.11 | $500.00 | 7,184.74 |
| 2/22/2006 | 18 | $1.03 | $18.53 | $13,307.64 | $1,000.00 | 6,184.74 |
| 3/7/2006 | 12 | $0.89 | $10.63 | $13,318.27 | $1,000.00 | 5,184.74 |
| 3/30/2006 | 22 | $0.74 | $16.34 | $13,334.61 | $500.00 | 4,684.74 |
| 4/18/2006 | 18 | $0.67 | $12.08 | $13,346.70 | $500.00 | 4,184.74 |
| 4/20/2006 | 1 | $0.60 | $0.60 | $13,347.30 | $500.00 | 3,684.74 |
| 6/2/2006 | 42 | $0.53 | $22.18 | $13,369.47 | $1,000.00 | 2,684.74 |
| 6/19/2006 | 16 | $0.38 | $6.16 | $13,375.63 | $500.00 | 2,184.74 |
| 7/12/2006 | 22 | $0.31 | $6.89 | $13,382.51 | $1,000.00 | 1,184.74 |
| 8/8/2006 | 27 | $0.17 | $4.58 | $13,387.10 | $500.00 | 684.74 |
| 5/17/2006 | 281 | $0.10 | $27.57 | $13,414.67 | 0.00 | 684.74 |