**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LEON B. ROSENBLATT TEXTILES, LTD.** **Plaintiff** | : | |
| **VS.** | : | **C.A. No. 2001-56** |
| **NICHOLAS L. GRISETO** **Defendant** | : | |

**ORDER**

This matter came to be heard on the Order to Show Cause issued by this Court in response to Plaintiff's Motion for Order to Show Cause Why Defendant Should Not be Held in Contempt. After consideration of Plaintiff's Supplemental Memorandum in Support of Motion for Order to Show Cause Why Defendant Should Not be Held in Contempt and the arguments of the parties at hearings held on April 18, 2007 and June 4, 2007, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff's request to adjudge Defendant Nicholas L. Griseto in contempt is denied.

2. Defendant owes $17,581.22 under the Order for Instalment Payments entered by this Court on September 4, 2001. Defendant shall pay the sum of $17,581.22 in seventeen (17) payments of $1,000 to be made on or before the 30th day of each month, beginning June 30, 2007, and one final payment of $581.22 on or before December 30, 2008, to counsel for Plaintiff, Melissa M. Horne, Winograd, Shine and Zacks, P.C., 123 Dyer Street,

Providence, Rhode Island 02903.

3. No further interest shall accrue under the Order for Instalment Payments after May 17, 2007.

4. Plaintiff's request for attorney's fees and costs is denied.

ENTERED as an Order of this Court the ___ day of June, 2007.

ENTER: PER ORDER:

Ronald R. Lagueux Sr. USDJ

Dated: 6/12/07

This Order Presented By:

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

**Certification**

I hereby certify that on the 6th day of June, 2007, I forwarded a true copy of this Order for Installment Payments to Nicholas L. Griseto at 82 High Street, Westerly, RI by first class mail and e-mail.